UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Edward S. Weber</u>

      v.                        Case No. 09-cv-449-PB

<u>State of New Hampshire</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendations of Magistrate Judge Muirhead dated January 4, 2010, for the reasons set forth therein.  Case dismissed.

SO ORDERED.

January 13, 2010                    <u>/s/ Paul Barbadoro</u>
                                        Paul Barbadoro
                                        United States District Judge

cc:    Edward S. Weber, pro se